UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as subrogee and assignee of J.F. SHEA CO., INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL O'MELVENY, *et al.*,<br><br>Defendants. | Case No. 8:19-cv-00437-JLS-ADS<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to the Parties' Joint Stipulation to Dismiss with Prejudice, signed and submitted to the Court on March 19, 2020, this Stipulation is hereby approved, and the case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 03/19/2020

JOSEPHINE L. STATON
_____
Josephine L. Staton
United States District Judge